**2009–1655. State v. Krug.**
Lake App. No. 2008–L–085, 2009-Ohio-3815. Reported at 124 Ohio St.3d 1416, 2009-Ohio-6816, 919 N.E.2d 215. On motions for reconsideration and for transmittal of supplementation of the record on appeal. Motions denied.

**2009–1718. Hitchcock v. Segedy.**
Geauga App. No. 2009–G–2907, 2009-Ohio-3941. Reported at 124 Ohio St.3d 1416, 2009-Ohio-6816, 919 N.E.2d 215. On motions for reconsideration and for settlement conference. Motions denied.

**2009–1754. State v. Little.**
Greene App. No. 2008–CA–76, 2009-Ohio-4328. Reported at 124 Ohio St.3d 1416, 2009-Ohio-6816, 919 N.E.2d 215. On motion for reconsideration. Motion denied.

**2009–1766. State v. McNeal.**
Cuyahoga App. No. 91507, 2009-Ohio-3888. Reported at 124 Ohio St.3d 1416, 2009-Ohio-6816, 919 N.E.2d 215. On motion for reconsideration. Motion denied.
MOYER, C.J., and O'DONNELL, J., dissent.

**2009–1794. Ackerman v. Fortis Benefits Ins. Co.**
Montgomery App. No. 23443. Reported at 124 Ohio St.3d 1417, 2009-Ohio-6816, 919 N.E.2d 215. On motion for reconsideration. Motion denied.

**2009–1803. Cincinnati Ins. Co. v. Cleveland.**
Cuyahoga App. No. 92305, 2009-Ohio-4043. Reported at 124 Ohio St.3d 1417, 2009-Ohio-6816, 919 N.E.2d 215. On motion for reconsideration. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.
O'CONNOR, J., dissents as to Proposition of Law Nos. I and II.

**2009–1825. State v. Thomas.**
Cuyahoga App. No. 91891, 2009-Ohio-3461. Reported at 124 Ohio St.3d 1417, 2009-Ohio-6816, 919 N.E.2d 216. On motion for reconsideration. Motion denied.
MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
O'CONNOR, J., dissents as to Proposition of Law No. I.

**2009–1828. In re M.W.**
Summit App. No. 24837. Reported at 124 Ohio St.3d 1417, 2009-Ohio-6816, 919 N.E.2d 216. On motions for reconsideration, order for jurisdiction, and order for relief. Motions denied.

**2009–1941. Karnofel v. DWYCO Xerox Office Ctr.**
Mahoning App. No. 09 MA 106. Reported at 124 Ohio St.3d 1419, 2009-Ohio-6816, 919 N.E.2d 216. On motion for reconsideration. Motion denied.

**2009–2088. Johnson v. Knab.**
In Habeas Corpus. Reported at 124 Ohio St.3d 1413, 2009-Ohio-6816, 919 N.E.2d 213. On motion for reconsideration. Motion denied.

# CASE ANNOUNCEMENTS

## *March 4, 2010*

[Cite as *03/04/2010 Case Announcements*, 2010-Ohio-765.]

## MOTION AND PROCEDURAL RULINGS

**2009–1543. Global Knowledge Training, L.L.C. v. Levin.**
Board of Tax Appeals, No. 2006–V–471. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for continuance of oral argument scheduled for March 30, 2010,